■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE L. ALEXANDER, Appellant. [616 NYS2d 272] —Judgment unanimously affirmed. Same Memorandum as in *People v Taylor* (206 AD2d 904 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Balio, Wesley and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HOWINGTON, Appellant. [616 NYS2d 273] —Judgment unanimously affirmed. Same Memorandum as in *People v Taylor* (206 AD2d 904 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Balio, Wesley and Davis, JJ.